ISAAK HELLER, Respondent, v. HOFFSON REALTY CORPORATION, Appellant, Impleaded with Others. SAMUEL COWEN, Receiver, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.